UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANGELA NAILS,

        Plaintiff,        CASE NUMBER: 17-10453

v.        HONORABLE JOHN CORBETT O'MEARA

DEPARTMENT OF THE
TREASURY, and INTERNAL
REVENUE SERVICE,

        Defendants.
        _____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the court is Magistrate Judge Mona K. Majzoub's December 5, 2017 Report and Recommendation. No objections have been filed by the parties. The court having fully considered the matter;

IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

        s/John Corbett O'Meara
        United States District Judge

Date: January 17, 2018

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, January 17, 2018, using the ECF system and/or ordinary mail.

s/William Barkholz
Case Manager